IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 99-61-SLR |
| ) | |
| DONOVAN LIVINGSTON, ) | |
| ) | |
| Defendant. ) | |

RECEIVED DEC 1 4 2006 U.S. DISTRICT COURT DISTRICT OF DELAWARE

### MOTION AND ORDER TO DISMISS

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Richard G. Andrews, First Assistant United States Attorney for the District of Delaware, and in the interest of justice hereby moves this Honorable Court to dismiss the Indictment as it relates to the defendant.

COLM F. CONNOLLY
United States Attorney

By: _____
Richard G. Andrews
First Assistant United States Attorney

Dated: 12/14/06

IT IS SO ORDERED this __15th__ day of __December__, 2006.

_____
HONORABLE SUE L. ROBINSON
Chief Judge, United States District Court