FID #412666
AO 442 (Rev. 12/85) Warrant for Arrest

#9915-0824-0144-J

# United States District Court

DISTRICT OF **DELAWARE**

UNITED STATES OF AMERICA
V.
DONOVAN LIVINGSTON

## WARRANT FOR ARREST

CASE NUMBER: CR. ACTION 99-61 SLR

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **DONOVAN LIVINGSTON**
                                                    Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)

ILLEGAL ENTRY FOLLOWING DEPORTATION SUBSEQUENT TO AN AGGRAVATED FELONY;

in violation of Title __8__ United States Code, Section(s) __1326(a) & (b)(2)__

PETER T. DALLEO
Name of Issuing Officer

BY: _____, Deputy Clerk
Signature of Issuing Officer

CLERK OF COURT
Title of Issuing Officer

August 24, 1999 - Wilmington, Delaware
Date and Location

Bail fixed at $ _____ by _____
                              Name of Judicial Officer

Stamps: RECEIVED AUG 24 12 57 PM '99 U.S. MARSHALS SERVICE WILMINGTON, DELAWARE; FILED 2007 NOV 20 AM 9:11 CLERK U.S. DISTRICT COURT DISTRICT OF DELAWARE

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

Dismissed per Court order.

DATE RECEIVED: 08-24-99
DATE OF ARREST: 12/15/06

NAME AND TITLE OF ARRESTING OFFICER: William David, DUSM

SIGNATURE OF ARRESTING OFFICER: William [signature]